UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Paul Mackenzie<br>Monica Mackenzie<br>                 Debtors<br><br>Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br>                 Movant<br>v.<br><br>Paul Mackenzie<br>Monica Mackenzie<br>Robert H. Holber - Trustee<br>                 Respondents | Case No.: 21-10946-amc<br><br>Chapter:  7<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: June 2, 2021 at 12:30 pm<br><br>Objection Deadline: May 21, 2021 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, together with any successor and/or assign, ("Movant") dated May 7, 2021 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause to permit Movant to exercise all rights available to it under applicable law with respect to 300 Kennard Road, Perkasie, PA 18944 ("Property"); and it is further;

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

*(signature)*

**Date: June 3, 2021**

U.S.B.J.